UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HOUSTON, | ) Case No. CV 10-4763-VAP(RC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| BRENDA CASH, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED.

DATED: June 30, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-4763.jud
6/29/10